Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Charles Money Logging, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 63-1133174 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 651 W. Washington St.<br>Abbeville, AL 36310<br>Number, Street, City, State & ZIP Code | PO Box 219<br>Abbeville, AL 36310<br>P.O. Box, Number, Street, City, State & ZIP Code |
| HENRY<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Charles Money Logging, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1133__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Charles Money Logging, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Charles Money Logging, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 24, 2025**
MM / DD / YYYY

X **/s/ Charles M. Money**                           **Charles M. Money**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ J. KAZ ESPY**                                Date **April 24, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**J. KAZ ESPY ASB-0122-A63E**
Printed name

**THE ESPY FIRM**
Firm name

**326 N OATES ST**
**P O DRAWER 6504**
**DOTHAN, AL 36302-6504**
Number, Street, City, State & ZIP Code

Contact phone  **334-793-6288**        Email address

**ASB-0122-A63E AL**
Bar number and State

| In re | Charles Money Logging, Inc. | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Charles M. Money**, declare under penalty of perjury that I am the **President** of **Charles Money Logging, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ____ day of April, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles M. Money, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles M. Money, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles M. Money, President** of this Corporation is authorized and directed to employ **J. KAZ ESPY ASB-0122-A63E**, attorney and the law firm of **THE ESPY FIRM** to represent the corporation in such bankruptcy case."

Date  **April 24, 2025**          Signed  **/s/ Charles M. Money**
                                           **Charles M. Money**

Fill in this information to identify the case:
Debtor name: **Charles Money Logging, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF ALABAMA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas Ethridge** 3632 Oak Ridge Lane DOTHAN, AL 36303 | | | | | | $170,000.00 |
| **BEVIS EBERHART BROWNING WALKER & STEWART** 1521 W MAIN ST DOTHAN, AL 36301 | | Accounting Services | | | | $162,194.68 |
| **Robert Odom** P.O. Box 37 FORT GAINES, GA 39851 | | | | | | $30,000.00 |
| **Willie Davis** 29 Ashbury Speight Rd. FORT GAINES, GA 39851 | | | | | | $20,000.00 |
| **Foretrust Funding** 15807 Biscayne Blvd NORTH MIAMI BEACH, FL 33160 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1.00 |
| **Foretrust Funding** 15807 Biscayne Blvd NORTH MIAMI BEACH, FL 33160 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1.00 |
| **Foretrust Funding** 15807 Biscayne Blvd NORTH MIAMI BEACH, FL 33160 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1.00 |
| **Foretrust Funding** 15807 Bicayne Blvd NORTH MIAMI BEACH, FL 33160 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1.00 |

| Debtor | Charles Money Logging, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Foretrust Funding**  **15807 Bicayne Blvd**  **NORTH MIAMI BEACH, FL 33160** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Maverick Funding LLC**  **15916 Union Tpke**  **FRESH MEADOWS, NY 11366** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Flip Funding**  **150 Monument Rd #207**  **BALA CYNWYD, PA 19004** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Firstline Advance**  **99 Wall Street**  **Ste 2615**  **NEW YORK, NY 10005** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Flip Funding**  **150 Monument Rd #207**  **BALA CYNWYD, PA 19004** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **G&G Funding Group LLC**  **57 West 57th Street**  **4th Floor**  **NEW YORK, NY 10019** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Foretrust Funding**  **15807 Biscayne Blvd**  **Suite 203**  **NORTH MIAMI BEACH, FL 33160** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Maverick Funding LLC**  **15916 Union Tpke**  **FRESH MEADOWS, NY 11366** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | **$1.00** |

CHARLES MONEY LOGGING, INC.
PO BOX 219
ABBEVILLE, AL 36310


BATTLE HORSE FINANCIAL
4553 PINE TREE CIR.
STE. 228
BIRMINGHAM, AL 35243


BEVIS EBERHART BROWNING WALKER & STEWART
1521 W MAIN ST
DOTHAN, AL 36301


BMO HARRIS BANK, N.A.
300 E. JOHN CARPENTER FREEWAY
IRVING, TX 75062-2712


CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
NASHVILLE, TN 37203-5341


CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
P O BOX 340001
NASHVILLE, TN 37203-5341


CHARLES MONEY
109 CARTER RIDGE ROAD
ABBEVILLE, AL 36310


FIRST STATE BANK
P O BOX 587
BLAKELY, GA 39823


FIRSTLINE ADVANCE
99 WALL STREET
STE 2615
NEW YORK, NY 10005

```
FLIP FUNDING
150 MONUMENT RD
#207
BALA CYNWYD, PA 19004


FORETRUST FUNDING
15807 BISCAYNE BLVD
SUITE 203
NORTH MIAMI BEACH, FL 33160


FORETRUST FUNDING
15807 BICAYNE BLVD
NORTH MIAMI BEACH, FL 33160



FORETRUST FUNDING
15807 BISCAYNE BLVD
NORTH MIAMI BEACH, FL 33160



G&G FUNDING GROUP LLC
57 WEST 57TH STREET
4TH FLOOR
NEW YORK, NY 10019


GREAT SOUTHERN WOOD PRESERVING, INC
PO BOX 610
ABBEVILLE, AL 36310



JANE MONEY
109 CARTER RIDGE ROAD
ABBEVILLE, AL 36310



JOHN DEERE FINANCIAL
P O BOX 5328
MADISON, WI 53705-0328



MAVERICK FUNDING LLC
15916 UNION TPKE
FRESH MEADOWS, NY 11366
```

MONTANA COMMERCIAL CREDIT
1106 CENTRAL AVE
GREAT FALLS, MT 59401


ROBERT ODOM
P.O. BOX 37
FORT GAINES, GA 39851


THOMAS ETHRIDGE
3632 OAK RIDGE LANE
DOTHAN, AL 36303


WILLIE DAVIS
29 ASHBURY SPEIGHT RD.
FORT GAINES, GA 39851


NAVISTAR CAPITAL
A BMO FIN'L GROUP PROGRAM
PO BOX 3040
CEDAR RAPIDS, IA 52406

# United States Bankruptcy Court
## Middle District of Alabama

In re __Charles Money Logging, Inc.__  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Charles Money Logging, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2025**  
Date

/s/ J. KAZ ESPY  
**J. KAZ ESPY ASB-0122-A63E**  
Signature of Attorney or Litigant  
Counsel for __Charles Money Logging, Inc.__  
**THE ESPY FIRM**  
**326 N OATES ST**  
**P O DRAWER 6504**  
**DOTHAN, AL 36302-6504**  
**334-793-6288 Fax:334-712-1617**